IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JUNKERMIER, CLARK, CAMPANELLA, STEVENS, PC,<br><br>Plaintiff,<br><br>-vs.-<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CV-17-54-GF-BMM<br><br>**ORDER** |

This case settled at a settlement conference held on September 13, 2017. Accordingly, **IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED**. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **October 13, 2017**, or show good cause for their failure to do so. **IT IS ALSO ORDERED** that Defendants' Unopposed Motion to Amend Caption, (Doc. 22) is **GRANTED**.

DATED this 20th day of September, 2017.

_____
Brian Morris
United States District Court Judge